IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, | 1:10-cv-00892-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR |
| vs. | FAILURE TO PAY FILING FEE |
| ADAMS, | ORDER FOR CLERK TO CLOSE CASE |
| Defendant. | |

Robert Beard ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on May 5, 2010 at the Sacramento Division of the United States District Court for the Eastern District of California (Doc. 1.) On May 18, 2010, the case was transferred to the Fresno Division of the Eastern District of California. (Doc. 4.) On August 5, 2010, Plaintiff consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 7.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On September 29, 2010, pursuant to 28 U.S.C. § 1915(g), the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days.

1  (Doc. 8.) Plaintiff was forewarned in the Court's order that his failure to pay the $350.00 filing fee in
2  full within thirty days would result in the dismissal of this action, without prejudice. Forty days have
3  passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.[1]
4        Accordingly, this is action is hereby DISMISSED, without prejudice, based on Plaintiff's failure
5  to obey the Court's order to pay the $350.00 filing fee. The Clerk is directed to CLOSE this case in its
6  entirety.

8        IT IS SO ORDERED.
9        Dated:   **November 9, 2010**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] On November 5, 2010, the Court's order was returned by the United States Postal Service as undeliverable with a notation that the mail had been "Refused."