IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADAMS,<br><br>　　　　Defendant.<br>_____/ | 1:10-cv-00892-GSA-PC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(DOCUMENT # 11) |

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed, with prejudice, on November 9, 2010. On January 26, 2012, plaintiff filed a motion for appointment of counsel.  In light of the fact that this case is dismissed, Plaintiff's motion is moot and shall be denied as such.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel, filed on January 26, 2012, is DENIED AS MOOT.

     IT IS SO ORDERED.

     **Dated:**  **January 26, 2012**  　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE